UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| BRITTANI ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCESS RECOVERY CENTER, LLC,<br><br>Defendant. | **AMENDED SCHEDULING ORDER**<br><br>Case No. 2:25-cv-01017<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

The parties filed a stipulated motion for an amended scheduling order.[1] For good cause shown, the motion is granted and the case schedule is amended as follows. Note that the deadline to file a motion to amend pleadings or join parties has been changed from the parties' proposal. All deadlines and limitations not set forth herein remain unchanged. The parties are reminded of the District of Utah's strong preference for resolving cases within three years of filing.[2] Further requests for extension will be considered with this preference in mind.

**DEADLINES ARE 11:59 P.M. ON THE DATE INDICATED UNLESS EXPRESSLY STATED OTHERWISE**

[1] (Doc. No. 46.)

[2] (See Disc. Mgmt. Order ¶ 4, Doc. No. 31 ("Extensions which would prolong the case beyond three years from filing are unlikely to be granted.")); *see also* Civil Case Scheduling and Disc. Plan, https://www.utd.uscourts.gov/civil-case-scheduling ("If the amendment would cause the case to be pending for more than three years from the date it was commenced, the motion may be denied . . . .").

**4. FACT DISCOVERY**

| | | | |
|---|---|---|---|
| b. | Other Fact Discovery Deadlines— | | |
| | 1. | Deadline to serve written discovery: | *03/05/27* |
| | 2. | Deadline for fact discovery to close: | *04/09/27* |

**5. AMENDING OF PLEADINGS AND JOINING OF PARTIES[3]**

| | | | | |
|---|---|---|---|---|
| a. | Deadline to file a motion to amend pleadings— | | | |
| | 1. | Plaintiff: | | *02/09/27* |
| | 2. | Defendant: | | *02/09/27* |
| | | | | |
| b. | Deadline to file a motion to join additional parties— | | | |
| | 1. | Plaintiff: | | *02/09/27* |
| | 2. | Defendant: | | *02/09/27* |

**6. EXPERT DISCOVERY**

| | | | | |
|---|---|---|---|---|
| a. | Filing of Notice of Designation required by DUCivR 26-1(a)(2)— | | | |
| | 1. | Parties bearing the burden of proof: | | *04/23/27* |
| | 2. | Parties not bearing the burden of proof: | | *06/04/27* |
| | | | | |
| b. | Service of Fed. R. Civ. P. 26(a)(2) Disclosures and Reports— | | | |
| | 1. | Parties bearing the burden of proof: | | *05/21/27* |
| | 2. | Parties not bearing the burden of proof: | | *07/02/27* |
| | 3. | Rebuttal reports, if any: | | *07/30/27* |
| | | | | |
| c. | Deadline for expert discovery to close: | | | *08/13/27* |

**7. OTHER DEADLINES AND TRIAL-RELATED INFORMATION**

| | | | |
|---|---|---|---|
| a. | Deadline for filing dispositive or potentially dispositive motions: *(including a motion to exclude experts when expert testimony is required to resolve the motion)* | | *09/10/27* |
| b. | Deadline for filing a request for a scheduling conference for the purpose of setting a trial date if no dispositive motions are filed: | | *09/17/27* |

[3] Counsel must still comply with the requirements of Fed. R. Civ. P. 15(a).

| | | |
|---|---|---|
| c. | If dispositive motions are filed and the district judge's ruling on those motions does not resolve the case, the parties shall file a request for a scheduling conference with the district judge for the purpose of setting a trial date no later than one week after the ruling on the dispositive motions. | |

DATED this 17th day of November, 2026.

BY THE COURT:

Daphne A. Oberg
United States Magistrate Judge